## Commonwealth *v.* Martin, Appellant.

Submitted December 2, 1974. *William F. Ochs, Jr.,* Assistant Public Defender, for appellant; *Grant E. Wesner,* Deputy District Attorney, and *Robert L. Van-Hoove,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.


## Commonwealth *v.* McCaskill, Appellant.

Submitted November 16, 1974. *Paul R. Gettleman,* for appellant; *Robert L. Eberhardt,* Assistant District Attorney, and *John J. Hickton,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.